

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,370-01

### EX PARTE ROBERT LYNN ESTRIDGE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 114-1129-18 IN THE 114TH DISTRICT COURT
### FROM SMITH COUNTY

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to driving while intoxicated in exchange for a twenty-five year sentence. He did not appeal.

After a review of the records, we find that Applicant's claims alleging ineffective assistance of trial counsel challenging the voluntariness of his plea are without merit. Therefore, we deny relief. Applicant's remaining claim concerning the denial of pre-sentencing jail time credit is dismissed. *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004) (Where an inmate seeks pre-sentence jail time credit, "[t]he appropriate remedy in this situation is to require Applicant to

present the issue to the trial court by way of a *nunc pro tunc* motion, . . . [and] [i]f the trial court fails to respond, Applicant is first required to seek relief in the Court of Appeals, by way of a petition for a writ of mandamus, unless there is a compelling reason not to do .")

Filed: October 2, 2019
Do not publish